⬥GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.  3:21-CR-00004-002 (CAR) |
| **TIFFANY TURPIN** | |

On December 1, 2022, the above-named defendant was sentenced to 3 years on probation for the offense of Misprision of a Felony in violation of 18 U.S.C. § 4. Turpin commenced her term of probation in the Middle District of Georgia the same date.

Throughout the term of probation, the defendant has remained in compliance with all Court-ordered conditions. Turpin has maintained residential stability, has remained gainfully employed, and maintained her sobriety. The defendant has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the Courts of the United States Courts and is no longer in need of supervision.

**IT IS HEREBY ORDERED** that the defendant's term of probation be terminated for good and sufficient cause shown to the Court.

Respectfully submitted,

*Kallie M. Houlroyd*
Kallie M. Houlroyd
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this  20  day of  May , 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE